# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 19-2244        **Short Title:** Maravelias v. Coughlin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
John J. Coughlin, Senior Judge, 10th Circuit Court - District Division      as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Nancy J. Smith                                12/6/2019
Signature                                         Date

Nancy J. Smith
Name

NH Attorney General's Office                      (603) 271-3650
Firm Name (if applicable)                         Telephone Number

33 Capitol Street                                 (603) 271-2110
Address                                           Fax Number

Concord, NH 03301                                 nancy.smith@doj.nh.gov
City, State, Zip Code                             Email (required)

Court of Appeals Bar Number: 25497

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).