# United States Court of Appeals
## For the First Circuit

No. 19-2244

PAUL MARAVELIAS

Plaintiff - Appellant

v.

JOHN J. COUGHLIN, Senior Judge, 10th Circuit Court- District Division, in his individual and official capacity; GORDON J. MACDONALD, New Hampshire Attorney General; PATRICIA G. CONWAY, Rockingham County Attorney, in her official capacity; TOWN OF WINDHAM, NH; GERALD S. LEWIS, Chief of Police, Town of Windham, in his official capacity, WINDHAM POLICE DEPARTMENT

Defendants - Appellees

**CORRECTED ORDER OF COURT\***

Entered: December 10, 2019
Pursuant to 1st Cir. R. 27.0(d)

　　This court has docketed plaintiff Paul Maravelias' notice of appeal from the judgment entered on November 4, 2019 in No. 1:19-cv-00143-SM (D.N.H.) as Appeal No. 19-2244. On December 2, 2019, plaintiff filed a motion to alter or amend judgment (Doc. 45). Pursuant to Fed. R. App. P. 4(a)(4)(B)(i), the notice of appeal does not become effective until the district court disposes of the post-judgment motion.

　　Therefore, appellant is directed to file a status report by **January 9, 2020** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellant is directed to inform this court whether or not he intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B)(ii).

　　Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. 1st Cir. R. 3.0(b).

　　Once the district court rules on the pending motion, it is directed to forward its decision to this court forthwith.

\* Corrected Order issued to amend caption.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Steven J. McAuliffe
Daniel Lynch, Clerk, United States District Court for the District of New Hampshire
Paul Maravelias
Nancy J. Smith
Anthony J. Galdieri
Samuel R.V. Garland
Christopher Cole
Eric Alexander Maher

* Corrected Order issued to amend caption.