IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| PAUL MARAVELIAS,<br><br>    Plaintiff – Appellant,<br><br>v.<br><br>JOHN J. COUGHLIN, in his individual and official capacities, GORDON J. MACDONALD, in his official capacity as Attorney General of New Hampshire, PATRICIA G. CONWAY, in her official capacity as Rockingham County Attorney, TOWN OF WINDHAM, *ex rel.* WINDHAM POLICE DEPARTMENT, and GERALD S. LEWIS, in his official capacity as Chief of Police.<br><br>    Defendants – Appellees. | Case No.: 19-2244<br><br>District No. 1:19-CV-00143-SM |

## APPELLANT'S FIRST STATUS REPORT

Pursuant to this Court's 12/10/19 docketing Order, Paul Maravelias ("Appellant") respectfully submits the within Status Report "informing this court of any action taken by the district court on the post-judgment motion" and states as follows:

1.    On 1/7/20, the district court denied Appellant's Rule 59(e) Motion to Alter or Amend Judgment. (*McAuliffe*, J.) (No. 1:19-CV-00143-SM (D.N.H.))

2.    Appellant intends to file an amended Notice of Appeal from the district court's post-judgment order, on or before 2/6/20, pursuant to Fed. R. App. P. 4(a)(4)(B)(ii).

Dated: January 8th, 2020

Respectfully submitted,

PAUL J. MARAVELIAS,

*pro se*

*[signature]*

**Paul J. Maravelias**
34 Mockingbird Hill Rd
Windham, NH 03087
paul@paulmarv.com
603-475-3305

### CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a timely provided copy of this document is being sent on this date to all counsel of record for Defendants-Appellees pursuant to the rules of this Court.

/s/ Paul J. Maravelias
**Paul J. Maravelias**

Dated: January 8th, 2020

Maria R. Hamilton, Circuit Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

January 8th, 2020

Paul Maravelias
34 Mockingbird Hill Rd
Windham, NH 03087

**VIA HAND DELIVERY**

RE:   Maravelias v. Coughlin, et al. (No. 19-2244)



Dear Clerk Hamilton:

Enclosed please find *Appellant's First Status Report* in compliance with this Court's directives expressed within the 12/10/19 corrected docketing order.

Thank you for your attention to this matter.

Sincerely,

Paul J. Maravelias

CC: Nancy J. Smith, Esq.
    Eric A. Maher, Esq.
    Samuel R.V. Garland, Esq.
    Anthony Galdieri, Esq.
    Christopher Cole, Esq.