# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2244     **Short Title:** Maravelias v. Coughlin, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
New Hampshire Attorney General, Gordon MacDonald                              as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Samuel R.V. Garland
Signature

2/6/20
Date

Samuel R.V. Garland
Name

New Hampshire Office of Attorney General
Firm Name (if applicable)

(603) 271-3650
Telephone Number

33 Capitol Street
Address

(603) 271-2110
Fax Number

Concord, NH 03301
City, State, Zip Code

samuel.garland@doj.nh.gov
Email (required)

Court of Appeals Bar Number: 1189913

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).