# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2244    **Short Title:** Maravelias v. Coughlin, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
New Hampshire Attorney General, Gordon MacDonald                           as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Anthony Galdieri                          2/6/2020
Signature                                     Date

Anthony Galdieri
Name

New Hampshire Office of Attorney General     (603) 271-3650
Firm Name (if applicable)                    Telephone Number

33 Capitol Street                            (603) 271-2110
Address                                      Fax Number

Concord, NH 03301                            anthony.galdieri@doj.nh.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1175480

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2020, I electronically filed the forgoing Notice of Appearance with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties of record registered as ECF filers will be served by the CM/ECF system:

**Christopher Cole, Esquire**
*Counsel for Patricia G. Conway,*
*Rockingham County Attorney*
Sheehan, Phinney, Bass & Green, P.A.
1000 Elm Street-Suite 1800
Manchester, NH 03101

**Nancy J. Smith, Esquire**
*Counsel for the Honorable John J. Coughlin,*
*Senior Judge, 10th Circuit Court-District Division*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301

**Samuel R.V. Garland, Esquire**
*Counsel for Gordon MacDonald, Attorney General*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301

I further certify that on February 6, 2020 I served a copy of the foregoing Notice of Appearance on the following parties or their counsel of record by **U.S. mail**:

**Eric Alexander Maher, Esquire**
*Counsel for Gerald S. Lewis, Windham Chief of*
*Police & the Town of Windham, NH*
Donahue Tucker & Ciandella PLLC
16 Windsor Ln
Exeter, NH 03833

**Paul Maravelias**
*Pro Se*
34 Mockingbird Hill Rd
Windham, NH 03087

/s/ Anthony J. Galdieri
Anthony J. Galdieri