# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 19-2244　　　　**Short Title:** Maravelias v. Coughlin, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Patricia G. Conway, in her official capacity as the Rockingham County Attorney as the

[ ] appellant(s)　　　　[✓] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

/s/ Christopher Cole　　　　　　　　　　2/6/2020
Signature　　　　　　　　　　　　　　　　Date

Christopher Cole
Name

Sheehan Phinney Bass & Green, PA　　　(603)627-8223
Firm Name (if applicable)　　　　　　　　Telephone Number

1000 Elm Street, P.O. Box 3701　　　　(603)641-2339
Address　　　　　　　　　　　　　　　　Fax Number

Manchester, NH 03105-3701　　　　　　ccole@sheehan.com
City, State, Zip Code　　　　　　　　　　Email (required)

Court of Appeals Bar Number: 46207

Has this case or any related case previously been on appeal?

[✓] No　　　　[ ] Yes　　Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2020, I electronically filed the forgoing Notice of Appearance with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties of record registered as ECF filers will be served by the CM/ECF system:

**Samuel R.V. Garland, Esquire**
*Counsel for Gordon MacDonald, Attorney General*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301

**Nancy J. Smith, Esquire**
*Counsel for the Honorable John J. Coughlin,*
*Senior Judge, 10th Circuit Court-District Division*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301

**Anthony Galdieri, Esquire**
*Counsel for Gordon MacDonald, Attorney General*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301

I further certify that on February 6, 2020 I served a copy of the foregoing document on the following parties or their counsel of record by **U.S. mail**:

**Eric Alexander Maher, Esquire**
*Counsel for Gerald S. Lewis, Windham Chief of*
*Police & the Town of Windham, NH*
Donahue Tucker & Ciandella PLLC
16 Windsor Lane
Exeter, NH 03833

**Paul Maravelias**
*Pro Se*
34 Mockingbird Hill Rd
Windham, NH 03087

/s/ Christopher Cole
Christopher Cole