# United States Court of Appeals
## For the First Circuit

No. 19-2244

PAUL MARAVELIAS

Plaintiff - Appellant

v.

JOHN J. COUGHLIN, Senior Judge, 10th Circuit Court- District Division, in his individual and official capacity; GORDON J. MACDONALD, New Hampshire Attorney General; PATRICIA G. CONWAY, Rockingham County Attorney, in her official capacity; TOWN OF WINDHAM, NH; GERALD S. LEWIS, Chief of Police, Town of Windham, in his official capacity, WINDHAM POLICE DEPARTMENT

Defendants - Appellees

---

**NOTICE**

Issued: February 13, 2020

Our records indicate that the attorney listed below has not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After February 27, 2020, the clerk's office will no longer send paper copies of court issued documents to the following attorney, unless he registers for a CM/ECF account prior to that date.**

Eric Alexander Maher

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gerry Claude - (617) 748-4275

cc:
Christopher Cole
Anthony J. Galdieri
Samuel R.V. Garland
Eric Alexander Maher
Paul Maravelias
Nancy J. Smith