# United States Court of Appeals
## For the First Circuit

No. 19-2244

PAUL MARAVELIAS

Plaintiff - Appellant

v.

JOHN J. COUGHLIN, Senior Judge, 10th Circuit Court- District Division, in his individual and official capacity; GORDON J. MACDONALD, New Hampshire Attorney General; PATRICIA G. CONWAY, Rockingham County Attorney, in her official capacity; TOWN OF WINDHAM, NH; GERALD S. LEWIS, Chief of Police, Town of Windham, in his official capacity, WINDHAM POLICE DEPARTMENT

Defendants - Appellees

**ORDER OF COURT**

Entered: May 14, 2020
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of plaintiff-appellant Paul J. Maravelias's motion for leave to file a deferred appendix, the motion is denied as moot in light of appellant's tendering of a complaint appendix containing all of the documents listed for inclusion in a deferred appendix. This denial is without prejudice to appellees seeking leave to file a supplemental appendix, if necessary. But see Fed. R. App. P. 30(b)(1) ("The parties must not engage in unnecessary designation of parts of the record, because the entire record is available to the court.").

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul J. Maravelias
Nancy J. Smith
Anthony J. Galdieri
Samuel R.V. Garland
Christopher Cole
Eric Alexander Maher