# United States Court of Appeals
## For the First Circuit

No. 19-2244

PAUL MARAVELIAS,

Plaintiff - Appellant,

v.

JOHN J. COUGHLIN, Senior Judge, 10th Circuit Court- District Division, in his individual and official capacity; GORDON J. MACDONALD, New Hampshire Attorney General; PATRICIA G. CONWAY, Rockingham County Attorney, in her official capacity; TOWN OF WINDHAM, NH; GERALD S. LEWIS, Chief of Police, Town of Windham, in his official capacity, WINDHAM POLICE DEPARTMENT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 12, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Patricia Conway, John J. Coughlin, Gerald S. Lewis, Gordon J. MacDonald, Windham Police Department and Windham, NH to file a brief be enlarged to and including **July 27, 2020**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Christopher Cole
Anthony J. Galdieri
Samuel R.V. Garland
Eric Alexander Maher
Paul J. Maravelias
Nancy J. Smith