# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-2244        **Short Title:** Maravelias v. Coughlin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

John J. Coughlin, Senior Judge, 10th Circuit Court - District Division        as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Laura B. Lombardi
Signature

07/27/2020
Date

Laura B. Lombardi
Name

NH Attorney General's Office
Firm Name (if applicable)

(603) 271-3650
Telephone Number

33 Capitol Street
Address

(603) 271-2110
Fax Number

Concord, NH  03301
City, State, Zip Code

laura.lombardi@doj.nh.gov
Email (required)

Court of Appeals Bar Number: 104633

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I electronically filed the forgoing Notice of Appearance with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties of record registered as ECF filers will be served by the CM/ECF system:

**Christopher Cole, Esquire**
*Counsel for Patricia G. Conway,*
*Rockingham County Attorney*
Sheehan, Phinney, Bass & Green, P.A.
1000 Elm Street-Suite 1800
Manchester, NH 03101
Email: ccole@sheehan.com

**Samuel R.V. Garland, Esquire**
*Counsel for Gordon MacDonald, Attorney General*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301
Email: samuel.garland@doj.nh.gov

**Eric Alexander Maher, Esquire**
*Counsel for Gerald S. Lewis, Windham Chief of Police & the Town of Windham, NH*
Donahue Tucker & Ciandella PLLC
16 Windsor Ln
Exeter, NH 03833
Email: emaher@dtclawyers.com

**Nancy J. Smith, Esquire**
*Counsel for the Honorable John J. Coughlin,*
*Senior Judge, 10th Circuit Court-District Division*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301
Email: nancy.smith@doj.nh.gov

**Anthony J. Galdieri, Esquire**
*Counsel for Gordon MacDonald, Attorney General*
New Hampshire Office of Attorney General
33 Capitol Street
Concord, NH 03301
Email: anthony.galdieri@doj.nh.gov

**Paul Maravelias,** *Pro Se*
34 Mockingbird Hill Rd
Windham, NH 03087
Email:  paul@paulmarv.com

/s/ Laura B. Lombardi
Laura B. Lombardi