# United States Court of Appeals
## For the First Circuit

No. 19-2244

PAUL MARAVELIAS

Plaintiff - Appellant

v.

JOHN J. COUGHLIN, Senior Judge, 10th Circuit Court- District Division, in his individual and official capacity; GORDON J. MACDONALD, New Hampshire Attorney General; PATRICIA G. CONWAY, Rockingham County Attorney, in her official capacity; TOWN OF WINDHAM, NH; GERALD S. LEWIS, Chief of Police, Town of Windham, in his official capacity, WINDHAM POLICE DEPARTMENT

Defendants - Appellees

**MANDATE**

Entered: May 14, 2021

    In accordance with the judgment of April 23, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Christopher Cole
Anthony J. Galdieri
Samuel R. V. Garland
Laura E. B. Lombardi
Eric Alexander Maher
Paul J. Maravelias
Weston Robert Sager
Nancy J. Smith